UNITED STATES of America,
Plaintiff–Appellee,

v.

William Douglas McRAND, III, a.k.a.
McGram, a.k.a. June Bug,
Defendant–Appellant.

No. 14–10962
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 14, 2014.

Adam W. Overstreet, Kenyen Ray Brown, Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Jan Jones, Mobile, AL, for Defendant–Appellant.

Before HULL, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Eleanor J. Jones, appointed counsel for William McRand, III in this direct criminal appeal, has moved to withdraw from further representation of McRand and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and McRand's convictions and sentences are **AFFIRMED**.